**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DEBRA M. NORBERT,**

    **Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

    **Defendant.**

**CIVIL ACTION NO. 2:17-cv-09321-SM-DEK**

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant The Lincoln National Life Insurance Company makes the following disclosure:

> Defendant, The Lincoln National Life Insurance Company, is a wholly-owned subsidiary of Lincoln National Corporation ("Lincoln"). Lincoln is publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

/s/ *Blake B. Goodsell*
Blake B. Goodsell (#33156)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8810
Facsimile: (205) 488-6810
bgoodsell@bradley.com

*Attorney for The Lincoln National Life Insurance Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 23, 2017, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Reagan L. Toledano (La. 29687)(T.A.)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com

/s/ *Blake B. Goodsell*
OF COUNSEL