## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DEBRA M. NORBERT,**

      **Plaintiff,**

**v.**

                                     **CIVIL ACTION NO.**

**THE LINCOLN NATIONAL LIFE**       **2:17-cv-09321-SM-DEK**
**INSURANCE COMPANY,**

      **Defendant.**

---

## JOINT STIPULATION OF DISMISSAL

---

**COME NOW** Plaintiff Debra M. Norbert ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") and hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendant in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 26th day of February, 2018.


*/s/Reagan L. Toledano*                 */s/Blake B. Goodsell*
Reagan L. Toledano (La. 29687)      Blake B. Goodsell (La. 33156)
Willeford & Toledano                  Bradley Arant Boult Cummings LLP
201 St. Charles Avenue, Suite 4208    1819 Fifth Avenue North
New Orleans, Louisiana 70170       Birmingham, Alabama 35203
504.582.1286                         205.521.8000
rtoledano@willefordlaw.com        bgoodsell@bradley.com

*Attorney for Plaintiff*                  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Reagan L. Toledano (LA. 29687)
James F. Willeford (LA. 13485)
WILLEFORD & TOLEDANO
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Phone: (504) 582-1286
Fax: (313) 692-5927
rtoledano@willefordlaw.com
jimwilleford@willefordlaw.com

*Attorneys for the Plaintiff*

*/s/Blake B. Goodsell*
Blake B. Goodsell