UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEBRA M. NORBERT,**

    **Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

    **Defendant.**

**CIVIL ACTION NO. 2:17-cv-09321-SM-DEK**

## ORDER

**WHEREFORE,** Plaintiff Debra M. Norbert ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") have filed a Joint Stipulation of Dismissal (Doc. 10) pursuant to the Federal Rules of Civil Procedure, it is hereby

**ORDERED, ADJUDGED, and DECREED** that all claims of Plaintiff against Defendant in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

New Orleans, Louisiana, this ___ day of February, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**